## Exhibit A to the Complaint

**Location:** Tuckahoe, NY  
**Total Works Infringed:** 29  

**IP Address:** 100.33.138.57  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 03-20-2021 00:00:35 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 2 | Info Hash: 9E3B4B439245DC0F4042F4B6E2E9FCC3DCEF4FAC<br>File Hash: E056F23FC18FD619FAB77194358954804794BDF1A173CF9D4C1A22F94D178C2B | 03-19-2021 23:57:09 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 3 | Info Hash: 411F6CF91A09ECA69F1158D6DA569C7F7254F311<br>File Hash: AFDA5E441240E9E9D400C2DB93232B8AFB5E26F4D22322CDC489C9538921AA35 | 02-26-2021 00:48:36 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 4 | Info Hash: 846CCA7D98DA5CADD7D4E415EBA6B2204447AC63<br>File Hash: 24E9CEB0B54A1177FC97999A606CB7847BBB97C2DD69EEFA787D67023FAD43B2 | 01-14-2021 20:17:34 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |
| 5 | Info Hash: 98FC57A17C8BA587A11437F1344635581984DFF3<br>File Hash: 12C882B158BC2F592230B549DF276E32D1409D08DD5AA3911228C81B4A8E3ABF | 01-13-2021 22:47:06 | Tushy | 11-01-2020 | 11-18-2020 | PA0002272627 |
| 6 | Info Hash: 5432FDFDFD6DAE01D6CD397828B02AE9F0EB7544<br>File Hash: 4646B4DB38A7234CB4CFBE85E01C896E2ADAF1F88C24E017D854F422F835D322 | 12-25-2020 18:22:04 | Vixen | 12-04-2020 | 01-04-2021 | PA0002277036 |
| 7 | Info Hash: 010D47EEE0C4400508A6A320A57F2C6CC2D57B61<br>File Hash: 337290D4DB1A7D7E8C30C7FA677F71F897DD2B8C35766BFC3E2F01EF69F07089 | 12-25-2020 18:19:27 | Vixen | 12-11-2020 | 01-04-2021 | PA0002277039 |
| 8 | Info Hash: E4E39DB6AF30BC1DA628110D7A3CA6C4CB9B9895<br>File Hash: A1AAF0FFEFCD5CEDD4D56F3D0D890850F01475F4750EDC72DEA7894D1582FDDB | 12-25-2020 18:16:53 | Vixen | 12-18-2020 | 01-04-2021 | PA0002277038 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 11E64453F91924A64C1C1720A271017F290E2B39<br>File Hash: 904C2247653B60E9604DC72F64408373DE95B68033BAC2C18E8839B36B32E126 | 12-25-2020 18:16:18 | Tushy | 12-13-2020 | 12-28-2020 | PA0002269085 |
| 10 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 12-25-2020 18:10:37 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 11 | Info Hash: 8EE76A64B8F78296D8BA6D3C77273B99EC1B5081<br>File Hash: 80798E7C3C20BA507A00B6BF10247DB476510EFD3FA7C31B1D420B617065C577 | 12-10-2020 15:40:19 | Tushy | 12-06-2020 | 12-28-2020 | PA0002269080 |
| 12 | Info Hash: CBC3AF9ECD9F7F172C74D630954E70E07D940C70<br>File Hash: C2A71106B694349FD7B4F3472031A125B23687978B8613DAEDD06A1CEBC7D9A4 | 11-27-2020 18:31:21 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 13 | Info Hash: 7AAF3AD22E7E31E52064E7A4BB79F7D5C1A271DB<br>File Hash: D57894C239BECED3BFD6118390560532D5D696EF56BBF9F8379852B72D8C9818 | 11-27-2020 18:31:07 | Vixen | 10-30-2020 | 11-18-2020 | PA0002272620 |
| 14 | Info Hash: AB88F9A12CF5C86BFFE08E30218AC5377481314C<br>File Hash: FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 11-27-2020 18:28:30 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 15 | Info Hash: 1F2C5F4B6B5C68130A465DC3DFDDB762C9FD8F8E<br>File Hash: 9BA7602C4DC7C8C5E2B2E278331BAD07FB7B0F1F7FB7BC3A2CB4DDB75E035D85 | 11-27-2020 18:27:49 | Vixen | 09-18-2020 | 09-29-2020 | PA0002258680 |
| 16 | Info Hash: 5555D41E1F8D8EDD7B6D66ABC90A9DE0D20D2F68<br>File Hash: 1ECBD28FE7B2EC1078ECCDFADF78AC73592D9AD113754DED150A586FA922E678 | 11-27-2020 18:27:32 | Vixen | 10-09-2020 | 11-18-2020 | PA0002272626 |
| 17 | Info Hash: A53FA062B2CFF2ED2F8BEF21F38801F5D6E8E809<br>File Hash: 991BC247E585039BF1D0618EBE300F710A294F7148138A213C886DE7C52512BA | 11-27-2020 18:26:17 | Vixen | 10-16-2020 | 11-18-2020 | PA0002272621 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 11-27-2020 18:25:32 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 19 | Info Hash: 7121EACE63D95B8A8904ED58CB1654C7483A63CD<br>File Hash: B98F6BFDC3305A169AE0A233E2D52658B65633EBEDB4B2226B2271379018E633 | 11-27-2020 18:25:26 | Vixen | 11-13-2020 | 12-09-2020 | PA0002274953 |
| 20 | Info Hash: 7294AFED85997D33A3DA212C8FBFC409020A14C5<br>File Hash: E22EE2050FED1E7DCB99AD0EBBE9297664C4C414725BC9A9039BB1856EAF0882 | 11-27-2020 18:25:20 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 21 | Info Hash: 0BF45C3913082EC92A860177A052534BBF6BF4D5<br>File Hash: B8A53EB3B9673339D575C8FBC08B53AE6EEB733CD941B86BA82C8D8489A55892 | 11-27-2020 18:25:17 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 22 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 11-27-2020 18:25:03 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 23 | Info Hash: ACEF4DB489EC9EC398D9F3B4CBD97FD99EF8F24A<br>File Hash: FE1902B9F905632523A413119050801BFE1418A496DDDAA4E972FCDE4AB762DE | 11-27-2020 18:23:15 | Tushy | 10-25-2020 | 11-24-2020 | PA0002265965 |
| 24 | Info Hash: 1917C512DE6E36C7C32CBFEB0B757FE5952ACB61<br>File Hash: 996C4A9793F80E4DA1C157A8755DA5C9877E68B8F1F8C2BD8EC8B8133C634231 | 11-27-2020 18:10:41 | Tushy | 11-15-2020 | 12-09-2020 | PA0002274948 |
| 25 | Info Hash: CA84D8927D4544D7DD61C36DC845CFD9E8F0A13B<br>File Hash: C9DFE6CE860FDD457FFE923E4FBE9C3CC6120D8437C4E325D36AFDA41E5988DF | 11-27-2020 18:09:54 | Tushy | 11-08-2020 | 12-09-2020 | PA0002274932 |
| 26 | Info Hash: 3DE366201F8A70D30C2A1555729BC114CE3EB953<br>File Hash: 23DD5A8A680BA962D3CFF81D2C1C06FC4C803D316C4F0BA366933376270AB6F9 | 11-16-2020 15:22:25 | Tushy | 10-23-2017 | 12-04-2017 | PA0002098018 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 3AB4379E04C0DE3E0E2DEC5D57D1E2734620A57F<br>File Hash: BE3492729C0629A0CA3B64EA8DDC9C3921289208476737232A7644831F847EE7 | 11-11-2020 21:28:29 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 28 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 09-28-2020 02:19:52 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 29 | Info Hash: 74F618D8DC0E1EE9978B5A799F3ED54F9DF681C1<br>File Hash: 553965CAE2BA61F401285F6BDE8D94289355F78B44CBAEDEF93DD7E8A7C435F1 | 09-28-2020 02:14:24 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |